No. 634. THE CHICAGO, ST. PAUL, MINNEAPOLIS & OMAHA

RY. CO. ET AL., PETITIONERS, *v.* THE UNITED STATES. January 4, 1909. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Thomas Wilson* for petitioners. *The Attorney General, The Solicitor General* and *Mr. Assistant to the Attorney General Ellis* for respondent.